**FULL NAME:** Robert O Dinkins

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** USP Lompoc

**PRISON NUMBER (if applicable):** 42737-044

FILED
CLERK, U.S. DISTRICT COURT
NOV 12 2021
CENTRAL DISTRICT OF CALIFORNIA
BY KMH  DEPUTY

**RELATED DDJ**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Robert O Dinkins

PLAINTIFF,

v.

USA, USP Lompoc Medical dr, hospital dr, bop director, Warden etal

DEFENDANT(S).

**CASE NUMBER:** 2:21-CV-8942-CAS-KES
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? **muti**

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   FTCA, Title II ada, Section 504 rehab act of 1973 8th/14th amendment Bivens claim against USP Atl etal see 2018-2021 Dinkins v USP Atl Medical Staff officer holly USA etal granted (FP)

a. Parties to this previous lawsuit:
   Plaintiff _Robert O Dinkins_

   Defendants _USA USP Atl Etal_

b. Court _USDC (Atl)_

c. Docket or case number _See Case No_
d. Name of judge to whom case was assigned _See Case No_
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _reserved until can pay filing fees_
f. Issues raised: _Summon Status_

g. Approximate date of filing lawsuit: _2021 - 2018_
h. Approximate date of disposition _2018_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not _defendants have a Conspiracy to suppress litigation (organized disobediance) refused to issue or respond to bp 8-11_

3. Is the grievance procedure completed? ☑ Yes ☐ No

   If your answer is no, explain why not _on my behalf and kept final records_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Robert O Dinkins_
(print plaintiff's name)
who presently resides at _USP Lompoc_,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_USP Lompoc_
(institution/city where violation occurred)

---

CV-66 (7/97)        **CIVIL RIGHTS COMPLAINT**        Page 2 of 6

on (date or dates) __See Case__ , _____ , _____ .
                                 (Claim I)           (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __See Case__ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Note have a 8th grade level of edu do not know law need lawyer__

2. Defendant __See Case__ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __See Case__

3. Defendant __See Case__ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __See Case__

4. Defendant _____See Case_____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   _____See Case_____

5. Defendant _____See Case_____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   _____See Case_____

Motion of Imminent Dangour

In may of 2021 grady hospital determined that i need a sinus and blockage segery which the failing to conduct the sinus segery will contribute to the continuing blockage progression causing pain etc generally these segeries judgements is documented and serves as a guide for other doctors etal which as of 11-2021 defendont still hasnt did segery on sinus which caused plaintiff blockage to progress See meds issue 11-2021 Causing daily pain discomfort, emotional harm etc amounting to imminent dangour. (despite unrehab meds)

generally defendants knew prior to assigning me to usp lompoc that plaintiff was in a wheelchair with a walking disorder and still assign me to usp lompoc which is not design to accomondate prisoners with wheelchairs etc see blue prints bp8 etc

generally, defendant denied plaintiff compassionate release when they knew about the dangours of covid19 plaintiff having underlying medical condictions that make it eazy for him to catch, suffer or die from covid 19 and knew about the law torres that entitled him to release. See high blood preasure records etc

generally plaintiff continue to attempt to exhouse administrative remedies but defendants fail to issue forms fail to respond

(1)

to forms as a form of suppression do to this prisoners imminent dangour issues can go un served.

generally the usdc is attemping to deny plaintiff the right to file seperate Complaints and Continue to over look plaintiff claim that usp lompoc refuses to report his account history for FP. issues violation of policy and equal protection clause

generally plaintiff eye is in extreem pain, tearing excessively, do to tiny unhandy cap cell has to swing on bunk bar to shift to torlet, walker then to wheelchair which cant fit in cell and falls arms is in pain with uncontroll high blood preasure generally the deny of Compassionate release force plaintiff to delay and restrictive care (hand cuff while treated, cos with guns, ssi, diets, medicade, housing etc denied access) unnecessary segeries, unherbal treatments as well despite the denial of release allowing mother to pass who do to her age and mental illness needed her son Company and guideness generally this denial of release also subject me to cos that require i stand up doing count lock downs interfering with monitoring and sick calls and prisoner assault environment generally usp lompoc and Contracted hospital doctors state progressions not do to stabing and can be caused by negative med reaction

(2)

the USDC of La etal violation of the 1st, 5th, 8th, 13th, 14th amendment due process and equal protection clause by negligence and deliberance

generally, plaintiff informed the usdc that he is being held unlawfully do to the gov failing to prove beyond a reasonable doubt and per due process that plaintiff (1) knew the gun traveled in interstate commerce prior to possession, (2) that he knew he was prohibit from possessing the gun (3) that he committed (3) seperate violent crimes resulting in (3) seperate convictions (4) that he was atlease (18) years old regarding the priors used to enhance him under the ACCA theirfore failing to free plaintiff from punishment as a innocent prisoner. causing fause confinement, excessive confinement slavery by conspiracy emotional harm etc see 2241 with the usdc of MO, and appeal with the 8 cir and generally trial trans

generally plaintiff confinement is excessive in which is crime (justification) warrant lesser time see direct appeal.

Leave To Supplement

appoint of Counsel To Advance Administrative Remedies And Case

(3)

under Carlson v green 446 US 14, 64 LEd 2d 15 100 Sct 1468 1980 in case where plaintiff alleged intentional wrongdoing by federal officers plaintiff is not barred from bringing a bivens action against individual officers as well as an action under the ftca against the US suit for money damages may be brought against federal officers (officials) for violation of individuals eighth amendment right against cruel and unusual punishment, generally defendants is not entitled to qualified immunity see McCord v maggio 927 F2d 844 5th cir 1991

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Imminent dangour by deliberate indifference prohibited by the 8th 14th amendment due process clauses generally causing pain suffering discomfort emotional distress, deliberate indifference (failing to respond to bp 8-11, failing to research account history for fp purposes and generally litigation suppression) prohibited by the 1st amendment, and usdc of La deliberate indifference regarding plaintiff 2241 prohibited by 5th 8th 14th amendment due process generally defendants failed to free and protect plaintiff from crule and unusual punishment (harmful condictions) citing _____ generally plaintiff believe that defendants is blanketing negative med reaction thus wrong care

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Defendant USP lompoc doctor, hospital doctor, fbop director, State of Ca governor etal acts and omissions Constituted crule and unusual punishment and generally denied plaintiff equal access and protection of the laws of the US and due process of law, generally defendants whos being sued in their offical and indiuvdual caps who also violated color of state and federal law under color of federal law for (1) deliberately subjecting plaintiff to a institution not design to prevent a Covid 19 outbreak (2) deliberately subjecting plaintiff to defective and unsafe cells, wings etc (3) for dening plaintiff Compassionate release and delaying immediate release per 2241 (4) deliberately refusing to send to hospital timely to perform sinus segery See attach

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

preliminary injunction, ~~immediate release pursuant to Biven~~, Compensation and punitive damages of 500,000 settle offer trial on all issues by a jury, attorney fees awarded " To Compell the USdc to grant plaintiff 2241"

Note this Complaint is not a immediate release perbiven, but as its relief to Compell the USdc to immediately release plaintiff pursuant to hiss pending 2241 and to grant its (fp)

11-2021
*(Date)*

Robert O Dinkins
*(Signature of Plaintiff)*

