JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. DINKINS, | Case No. 2:21-cv-08942-CAS-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Third Amended Complaint and entire action is dismissed with prejudice.

DATED:  October 27, 2022

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE